UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bonnie L E Walker,

Plaintiff,

v.

Wyeth-Ayerst Laboratories and
American Home Products Corp.,

Defendants.

Civil 01-2273 JRT

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: Dec. 12, 2001.

Franklin L Noel

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED ______
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Bonnie L.E. Walker

vs. 01-2273JRT/SRN

Wyeth-Ayerst Labs, et al

The above-entitled matter has been re-assigned to Magistrate Judge Susan R. Nelson pursuant to an Order of Recusal by Magistrate Judge Noel. Please note the MJ initial change and refer to them when submitting documents to the court for filing. The judge remains the same.